**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ralph Fantini                       CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-12566 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. and index same on the master mailing list.

                                                           Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
30 Sep 2022, 00:08:56, EDT

                                 KML Law Group, P.C.
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106-1532
                                 (215) 627-1322