**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:  RALPH FANTINI** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **NO. 22-12566** |

## ORDER

AND NOW, this                    day of                           , 2022, upon consideration

of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is

hereby ORDERED that the Debtor be granted an extension to **October 23, 2022** in which to file

the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

**Date: October 11, 2022**

_____
                                                                            J.