| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|
| TMG | 100012 | 000261 | | 00000310072 | 1 |

# Earnings Statement

**ADP**

SONOCO METAL PACKAGING, LLC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Period Beginning: 07/25/2022
Period Ending: 07/31/2022
Pay Date: 08/05/2022

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0, $20 Additional Tax
  PA: N/A

RALPH FANTINI
7953 CHURCH ROAD
ROCKLEDGE PA 19046

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 29.4500 | 36.00 | 1,060.20 | 30,863.60 |
| Overtime | 44.1750 | 12.00 | 530.10 | 5,124.30 |
| DOUBLE TIME | 29.4500 | 2.25 | 132.53 | 4,240.88 |
| Lead Prm 12% | 4.1142 | 50.25 | 206.74 | 4,827.46 |
| Sh Prm .45 | 0.4500 | 36.00 | 16.20 | 471.60 |
| Sh Prm Dt .45 | 0.9022 | 2.25 | 2.03 | 63.09 |
| SH PRM OT45 | 0.6750 | 12.00 | 8.10 | 79.15 |
| Holiday | | | | 1,604.83 |
| Pch | | | | 802.42 |
| SPIRITAWARD | | | | 800.00 |
| Vac Buy Bk | | | | 4,145.82 |
| Vacation | | | | 2,674.72 |
| **Gross Pay** | | | **$1,955.90** | 55,697.87 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -297.25 | 8,017.02 |
| | Social Security Tax | -115.56 | 3,276.46 |
| | Medicare Tax | -27.03 | 766.27 |
| | PA State Income Tax | -57.22 | 1,622.39 |
| | Horsham Twp Income Tax | -18.64 | 528.46 |
| | Horsham Twp Local Svc Tax | -1.00 | 34.00 |
| | PA SUI Tax | -1.17 | 33.42 |
| | **Other** | | |
| | Accident | -3.37 | |
| | Critical Illnes | -9.16 | |
| | Dental | -4.03* | 124.93 |
| | Hlth Savings | -40.00* | 1,240.00 |

| Other | this period | year to date |
|---|---|---|
| LEGAL | -4.85 | |
| Med Pretax | -47.04* | 1,458.24 |
| Supp Life | -6.74 | 208.94 |
| UNION ASSES 1.5 | -29.34 | 835.49 |
| Vision | -0.92* | 28.52 |
| 401K | -136.91* | 3,647.96 |
| Union Dues | | 161.00 |
| **Net Pay** | **$1,155.67** | |
| Checking 1 | -895.67 | |
| Savings 1 | -25.00 | |
| Savings 2 | -235.00 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,727.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Spec Er Contrib | 47.71 | 1,695.81 |
| 401K Match | 39.12 | 1,097.93 |
| Er Hsa | | 300.00 |
| Totl Hrs Worked | 50.25 | |

**Important Notes**
BASIS OF PAY: HOURLY

© 2000 ADP, LLC

SONOCO METAL PACKAGING, LLC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Advice number: 00000310072
Pay date: 08/05/2022

Deposited to the account of
RALPH FANTINI

| account number | transit ABA | amount |
|---|---|---|
| xxxxx3498 | XXXX XXXX | $895.67 |
| xxxxxxxx0540 | XXXX XXXX | $25.00 |
| xxxxx9368 | XXXX XXXX | $235.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| TMG | 100012 | 000261 |  | 0000300073 | 1 |

# Earnings Statement



SONOCO METAL PACKAGING, LLC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Period Beginning: 07/18/2022
Period Ending: 07/24/2022
Pay Date: 07/29/2022

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0,$20 Additional Tax
 PA: N/A

RALPH FANTINI
7953 CHURCH ROAD
ROCKLEDGE PA 19046

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 29.4500 | 40.00 | 1,178.00 | 29,803.40 |
| Overtime | 44.1750 | 8.00 | 353.40 | 4,594.20 |
| DOUBLE TIME | 29.4500 | 3.00 | 176.70 | 4,108.35 |
| Lead Prm 12% | 4.0190 | 51.00 | 204.97 | 4,620.72 |
| Sh Prm .45 | 0.4500 | 40.00 | 18.00 | 455.40 |
| Sh Prm Dt .45 | 0.9022 | 2.25 | 2.03 | 61.06 |
| SH PRM OT45 | 0.6754 | 8.75 | 5.91 | 71.05 |
| SPIRITAWARD |  |  | 250.00 | 800.00 |
| Holiday |  |  |  | 1,604.83 |
| Pch |  |  |  | 802.42 |
| Vac Buy Bk |  |  |  | 4,145.82 |
| Vacation |  |  |  | 2,674.72 |
| **Gross Pay** |  |  | **$2,189.01** | **53,741.97** |

| Other | this period | year to date |
|---|---|---|
| LEGAL | -4.85 |  |
| Med Pretax | -47.04* | 1,411.20 |
| Supp Life | -6.74 | 202.20 |
| UNION ASSES 1.5 | -32.84 | 806.15 |
| Vision | -0.92* | 27.60 |
| 401K | -135.73* | 3,511.05 |
| Union Dues |  | 161.00 |

| Net Pay |  | $1,304.16 |
|---|---|---|
| Checking 1 |  | -1,044.16 |
| Savings 1 |  | -25.00 |
| Savings 2 |  | -235.00 |
| **Net Check** |  | **$0.00** |

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -352.09 | 7,719.77 |
|  | Social Security Tax | -130.01 | 3,160.90 |
|  | Medicare Tax | -30.40 | 739.24 |
|  | PA State Income Tax | -64.38 | 1,565.17 |
|  | Horsham Twp Income Tax | -20.97 | 509.82 |
|  | Horsham Twp Local Svc Tax | -1.00 | 33.00 |
|  | PA SUI Tax | -1.32 | 32.25 |
|  | **Other** |  |  |
|  | Accident | -3.37 |  |
|  | Critical Illnes | -9.16 |  |
|  | Dental | -4.03* | 120.90 |
|  | Hlth Savings | -40.00* | 1,200.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,961.29

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Spec Er Contrib | 53.01 | 1,648.10 |
| 401K Match | 38.78 | 1,058.81 |
| Er Hsa |  | 300.00 |
| Totl Hrs Worked | 51.00 |  |

**Important Notes**
BASIS OF PAY: HOURLY

© 2000 ADP, LLC

SONOCO METAL PACKAGING, LLC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Advice number: 00000300073
Pay date: 07/29/2022

Deposited to the account of
RALPH FANTINI

| account number | transit ABA | amount |
|---|---|---|
| xxxxx3498 | xxxx xxxx | $1,044.16 |
| xxxxxxxx0540 | xxxx xxxx | $25.00 |
| xxxxxx9368 | xxxx xxxx | $235.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| TMG | 100012 | 000261 |  | 0000290076 | 1 |

# Earnings Statement

**ADP**

SONOCO METAL PACKAGING, LLC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Period Beginning: 07/11/2022
Period Ending: 07/17/2022
Pay Date: 07/22/2022

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0, $20 Additional Tax
  PA: N/A

RALPH FANTINI
7953 CHURCH ROAD
ROCKLEDGE PA 19046

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 29.4500 | 36.00 | 1,060.20 | 28,625.40 |
| DOUBLE TIME | 29.4500 | 2.00 | 117.80 | 3,931.65 |
| Lead Prm 12% | 3.7200 | 38.00 | 141.36 | 4,415.75 |
| Sh Prm .45 | 0.4500 | 36.00 | 16.20 | 437.40 |
| Sh Prm Dt .45 | 0.9000 | 2.00 | 1.80 | 59.03 |
| Overtime |  |  |  | 4,240.80 |
| Holiday |  |  |  | 1,604.83 |
| Pch |  |  |  | 802.42 |
| SH PRM OT45 |  |  |  | 65.14 |
| SPIRITAWARD |  |  |  | 550.00 |
| Vac Buy Bk |  |  |  | 4,145.82 |
| Vacation |  |  |  | 2,674.72 |
| **Gross Pay** |  |  | **$1,337.36** | 51,552.96 |

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -170.69 | 7,367.68 |
|  | Social Security Tax | -77.22 | 3,030.89 |
|  | Medicare Tax | -18.06 | 708.84 |
|  | PA State Income Tax | -38.23 | 1,500.79 |
|  | Horsham Twp Income Tax | -12.45 | 488.85 |
|  | Horsham Twp Local Svc Tax | -1.00 | 32.00 |
|  | PA SUI Tax | -0.80 | 30.93 |
|  | **Other** |  |  |
|  | Accident | -3.37 |  |
|  | Critical Illnes | -9.16 |  |
|  | Dental | -4.03* | 116.87 |
|  | Hlth Savings | -40.00* | 1,160.00 |

| Other | this period | year to date |
|---|---|---|
| LEGAL | -4.85 |  |
| Med Pretax | -47.04* | 1,364.16 |
| Supp Life | -6.74 | 195.46 |
| UNION ASSES 1.5 | -20.06 | 773.31 |
| Vision | -0.92* | 26.68 |
| 401K | -93.62* | 3,375.32 |
| Union Dues |  | 161.00 |

| **Net Pay** |  | **$789.12** |
|---|---|---|
| Checking 1 |  | -529.12 |
| Savings 1 |  | -25.00 |
| Savings 2 |  | -235.00 |
| **Net Check** |  | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,151.75

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Spec Er Contrib | 47.71 | 1,595.09 |
| 401K Match | 26.75 | 1,020.03 |
| Er Hsa |  | 300.00 |
| Totl Hrs Worked | 38.00 |  |

**Important Notes**
BASIS OF PAY: HOURLY

© 2000 ADP, LLC

---

SONOCO METAL PACKAGING, LLC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Advice number: 00000290076
Pay date: 07/22/2022

Deposited to the account of
RALPH FANTINI



| account number | transit ABA | amount |
|---|---|---|
| xxxxx3498 | xxxx xxxx | $529.12 |
| xxxxxxxx0540 | xxxx xxxx | $25.00 |
| xxxxxx9368 | xxxx xxxx | $235.00 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | VOUCHER | |
|---|---|---|---|---|---|
| TMG | 100012 | 000261 | | 0000280098 | 1 |

SONOCO METAL PACKAGING, LLC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Period Beginning: 07/04/2022
Period Ending: 07/10/2022
Pay Date: 07/15/2022

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal:  0,$20 Additional Tax
　PA:  N/A

RALPH FANTINI
7953 CHURCH ROAD
ROCKLEDGE PA 19046

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Holiday | 29.4500 | 8.00 | 267.47 | 1,604.83 |
| Vacation | 29.4500 | 40.00 | 1,337.36 | 2,674.72 |
| Regular | | | | 27,565.20 |
| Overtime | | | | 4,240.80 |
| DOUBLE TIME | | | | 3,813.85 |
| Lead Prm 12% | | | | 4,274.39 |
| Pch | | | | 802.42 |
| Sh Prm .45 | | | | 421.20 |
| Sh Prm Dt .45 | | | | 57.23 |
| SH PRM OT45 | | | | 65.14 |
| SPIRITAWARD | | | | 550.00 |
| Vac Buy Bk | | | | 4,145.82 |
| **Gross Pay** | | | **$1,604.83** | **50,215.60** |

| Other | this period | year to date |
|---|---|---|
| LEGAL | -4.85 | |
| Med Pretax | -47.04* | 1,317.12 |
| Supp Life | -6.74 | 188.72 |
| UNION ASSES 1.5 | -24.07 | 753.25 |
| Vision | -0.92* | 25.76 |
| 401K | -112.34* | 3,281.70 |
| Union Dues | | 161.00 |

| Net Pay | | $947.63 |
|---|---|---|
| Checking 1 | | -722.63 |
| Savings 1 | | -25.00 |
| Savings 2 | | -200.00 |
| **Net Check** | | **$0.00** |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -225.42 | 7,196.99 |
| | Social Security Tax | -93.79 | 2,953.67 |
| | Medicare Tax | -21.94 | 690.78 |
| | PA State Income Tax | -46.44 | 1,462.56 |
| | Horsham Twp Income Tax | -15.13 | 476.40 |
| | Horsham Twp Local Svc Tax | -1.00 | 31.00 |
| | PA SUI Tax | -0.96 | 30.13 |
| | **Other** | | |
| | Accident | -3.37 | |
| | Critical Illnes | -9.16 | |
| | Dental | -4.03* | 112.84 |
| | Hlth Savings | -40.00* | 1,120.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,400.50

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Spec Er Contrib | 60.18 | 1,547.38 |
| 401K Match | 32.10 | 993.28 |
| Er Hsa | | 300.00 |

**Important Notes**
BASIS OF PAY: HOURLY

© 2000 ADP, LLC

---

SONOCO METAL PACKAGING, LLC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Advice number: 00000280098
Pay date: 07/15/2022

Deposited to the account of
RALPH FANTINI



| account number | transit ABA | amount |
|---|---|---|
| xxxxx3498 | xxxx xxxx | $722.63 |
| xxxxxxxx0540 | xxxx xxxx | $25.00 |
| xxxxxx9368 | xxxx xxxx | $200.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**