# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-12566-AMC

RALPH FANTINI

7953 Church Road

Jenkintown, PA 19046

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    RALPH FANTINI

    7953 Church Road

    Jenkintown, PA 19046

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG, ESQ
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

                                           /S/ Kenneth E. West

Date: 1/5/2023                                  _____

                                                 Kenneth E. West, Esquire
                                                 Chapter 13 Standing Trustee