United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-12566-amc

Ralph Fantini  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 2
Date Rcvd: May 03, 2023   Form ID: 155   Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ralph Fantini, 7953 Church Road, Jenkintown, PA 19046-4323 |
| 14725723 | + | Rocket Mortgage LLC fka Quicken Loans Inc, c/o Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14725491 | + | Email/Text: bkfilings@zwickerpc.com | May 03 2023 23:45:00 | American Express National Bank, C/O Karen Belair, Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14731137 | + | Email/Text: bkfilings@zwickerpc.com | May 03 2023 23:45:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14723752 | + | Email/PDF: bncnotices@becket-lee.com | May 03 2023 23:53:48 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14723753 | + | Email/PDF: bncnotices@becket-lee.com | May 03 2023 23:52:52 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14723754 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2023 23:52:50 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 14723755 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2023 23:52:51 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14723758 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2023 23:45:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14723759 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2023 23:45:00 | Comenitybank/trwrdsv, Po Box 182789, Columbus, OH 43218-2789 |
| 14723756 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 03 2023 23:52:45 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14723757 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 03 2023 23:53:42 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14732508 | + | Email/Text: RASEBN@raslg.com | May 03 2023 23:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14723761 | + | Email/Text: cedwards@ncsplus.com | May 03 2023 23:45:00 | NCSPlus Incorporated, 117 E 24th St, New York, NY 10010-2919 |
| 14723760 | + | Email/Text: cedwards@ncsplus.com | May 03 2023 23:45:00 | NCSPlus Incorporated, Attn: Bankruptcy, 117 East 24th Street, 5th Floor, New York, NY 10010-2937 |
| 14735349 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 03 2023 23:52:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14737505 | | Email/Text: bnc-quantum@quantum3group.com | May 03 2023 23:45:00 | Quantum3 Group LLC as agent for, Comenity |

Case 22-12566-amc    Doc 35    Filed 05/05/23    Entered 05/06/23 00:31:19    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 03, 2023 | Form ID: 155 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| | | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14723762 | + | Email/Text: bankruptcyteam@quickenloans.com | May 03 2023 23:45:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14723763 | + | Email/Text: bankruptcyteam@quickenloans.com | May 03 2023 23:45:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14731984 | + | Email/Text: bankruptcyteam@quickenloans.com | May 03 2023 23:45:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:

**Name**     **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

PAUL H. YOUNG
on behalf of Debtor Ralph Fantini support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Ralph Fantini
      Debtor(s)

Chapter: 13

Bankruptcy No: 22−12566−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this May 2, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

      Ashely M. Chan
      Judge ,
      United States Bankruptcy Court

34 − 25
Form 155