# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | RALPH FANTINI | : CHAPTER 13 |
| | | : |
| | Debtor | : BANKRUPTCY NO. 22-12566 |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's Motion to Sell Property Free and Clear of Liens, docket number 37, filed by YOUNG, MARR & ASSOCIATES.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: March 20, 2024