**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| RALPH FANTINI | : | |
| Debtor(s) | : | Bky. No. 22-12566 AMC |

# O R D E R

**AND NOW**, upon consideration of **Motion of the Debtor to Sell Real Estate** ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be held on March 26, 2024, at 11:00 a.m., by telephone. Participants may call 1-877-873-8017, access code: 3027681.

3. Written objections or other responsive pleadings to the Motion may be filed no later than **5:00 p.m. on March 25, 2024**. Counsel shall promptly file a certification of no objection, if none are filed.

4. The Movant(s) shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on or before March 21, 2024. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant(s) shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than 5:00 p.m. on March 21, 2024.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**Date:** March 21, 2024

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**