**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   RALPH FANTINI           :   CHAPTER 13
                                 :
       Debtors                   :   BANKRUPTCY NO. 22-12566-amc

**ORDER**

AND NOW, this __26th__ day of __March__, 2024, upon consideration of the application by Debtor, Ralph Fantini, it is hereby ORDERED as follows:

1. The Debtor's Motion to Sell their property located at 7953 Church Road, Jenkintown, PA 19046 is approved.

2. The Court finds the Buyer to be a purchaser in good faith.

3. The Debtor is authorized and permitted to make the following distributions from proceeds generated at settlement:

   a. **$21,797.73 (estimated)** for all applicable closing costs including any real estate transfer taxes, realtor's commission paid in conformity with the terms, and conformity with the terms and condition of the agreement of sale;

   b. Pursuant to the filing and the confirmed plan, the equity in debtor's home is exempt. From the debtor's exempt funds the amount of **$14,696.00** shall be distributed and made payable to Kenneth E. West, Chapter 13 Trustee, PO Box 1799, Memphis, TN 38101-1799, to fund the remaining balance of Debtor's Chapter 13 Plan (less amounts due secured creditors paid at closing.)

   c. The remaining proceeds in the amount of **$127,834.00 (estimated)** shall be distributed to the debtor and his non- filing spouse.

   d. If necessary, the Debtor will file a Motion to Modify the Plan to confirm to the terms of this Order.

4. Any creditors paid at settlement will amend their POC's upon receipt of the funds.

5. This order shall be effective immediately and shall not be subject to the Stay otherwise imposed by Bankruptcy Rule 6004 (g); and

6. The debtor is authorized to sign all deeds and other documents needed to transfer good title to the Real Property to the Buyer.

7. The Title Company shall fax a copy of the final ALTA Settlement Statement to Kenneth E. West, Standing Trustee, at 215-627-6299, immediately upon the close of the settlement.

8. The title clerk shall fax a copy of the disbursement check to the trustee and shall immediately transmit the actual disbursement check to the trustee by overnight courier to 1234 Market Street, Suite 18-341, Philadelphia, PA 19107.

BY THE COURT,

_____
HONORABLE ASHELY M. CHAN

Copies to:

Paul H. Young, Esquire

U.S. Trustee

Kenneth E. West, Trustee

All creditors on matrix

Debtor