United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                            Case No. 22-12566-amc

Ralph Fantini                                         Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                           User: admin                               Page 1 of 2

Date Rcvd: Jun 05, 2024                     Form ID: 138OBJ                       Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol     Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Ralph Fantini, 7953 Church Road, Jenkintown, PA 19046-4323 |
| 14725723 | + | Rocket Mortgage LLC fka Quicken Loans Inc, c/o Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 06 2024 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 06 2024 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14725491 | + | Email/Text: bkfilings@zwickerpc.com | Jun 06 2024 00:04:00 | American Express National Bank, C/O Karen Belair, Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14731137 | + | Email/Text: bkfilings@zwickerpc.com | Jun 06 2024 00:04:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14723752 | + | Email/PDF: bncnotices@becket-lee.com | Jun 06 2024 00:09:53 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14723753 | + | Email/PDF: bncnotices@becket-lee.com | Jun 06 2024 00:09:47 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14723754 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2024 00:09:47 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 14723755 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2024 00:09:37 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14723758 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 06 2024 00:04:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14723759 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 06 2024 00:04:00 | Comenitybank/trwrdsv, Po Box 182789, Columbus, OH 43218-2789 |
| 14723756 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 06 2024 00:09:36 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14723757 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 06 2024 00:09:52 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14732508 | + | Email/Text: RASEBN@raslg.com | Jun 06 2024 00:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

| | | | | |
|---|---|---|---|---|
| 14723761 | + | Email/Text: cedwards@ncsplus.com | Jun 06 2024 00:04:00 | NCSPlus Incorporated, 117 E 24th St, New York, NY 10010-2919 |
| 14723760 | + | Email/Text: cedwards@ncsplus.com | Jun 06 2024 00:04:00 | NCSPlus Incorporated, Attn: Bankruptcy, 117 East 24th Street, 5th Floor, New York, NY 10010-2937 |
| 14735349 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 06 2024 00:09:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14737505 | | Email/Text: bnc-quantum@quantum3group.com | Jun 06 2024 00:04:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14723762 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 06 2024 00:04:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14723763 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 06 2024 00:04:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14731984 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 06 2024 00:04:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2024   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2024 at the address(es) listed below:

**Name** | **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

PAUL H. YOUNG
on behalf of Debtor Ralph Fantini support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Ralph Fantini
      Debtor(s)

Case No: 22−12566−amc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/5/24