U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     RALPH FANTINI            :     CHAPTER 13
                                    :     Debtor
                                    :     BANKRUPTCY NO. 22-12566

## NOTICE OF CHANGE TO DEBTOR'S ADDRESS

TO THE CLERK:

Kindly amend the debtor's **mailing** address to the following:

**2555 Welsh Road**
**Apt. 429**
**Philadelphia PA  19114**

/s/ Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Rd., Ste. 102
Bensalem, PA 19020

Date: July 10, 2024